UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PETER D. RAYNER and LINDA M. RAYNER, | ) ) ) | NO. CV-04-0295-AAM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| NORTHLAND CREDIT UNION, | ) ) | |
| Defendant. | ) ) | |

On hearing the Parties' Stipulation for Dismissal and the Court being fully advised in the premises, it is

ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs to any Party.

DATED this 22nd   day of August, 2005.


           s/ Alan A. McDonald
       ALAN A. McDONALD
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL                         1-Page 1-